641 A.2d 1038

STATE OF NEW JERSEY v. DONALD PETTIES.

March 24, 1994.

### ORDER

Leave to appeal is granted.